# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Case No.  3:15cr58/MCR

JESSICA A. GOMEZ

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, JESSICA A. GOMEZ, to Count One of the Indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 17th day of December, 2015.


   *s/ M. Casey Rodgers*
   **M. CASEY RODGERS**
   **CHIEF UNITED STATES DISTRICT JUDGE**